**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>**vs.**<br>**ALEXANDER JAKEWAY**<br>**Defendant.** | **CASE NUMBER: 3:25CR97-001**<br>**USM Number: 22639-512**<br>**DONALD J SCHMID**<br>**DEFENDANT'S ATTORNEY** |

# JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 1 of the Indictment on May 28, 2026.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number |
|---|---|---|
| 18:875(c) TRANSMITTING THREATS IN INTERSTATE COMMERCE | November 4, 2025 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

September 9, 2026
Date of Imposition of Judgment

s/ Cristal C. Brisco
Signature of Judge

Cristal C. Brisco, United States District Judge
Name and Title of Judge

September 9, 2026
Date

## PROBATION

The defendant is hereby sentenced to probation for a term of **1 year**.

### TERMS OF SUPERVISION

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must not unlawfully use any controlled substance, including marijuana, and must submit to one drug test within 15 days of the beginning of supervision and 2 periodic tests after that for use of a controlled substance.
4. You must cooperate with the probation officer with respect to the collection of DNA.
5. You must be lawfully employed full-time (at least 30 hours per week). If you are not employed full-time, you must try to find full-time employment under the supervision of the probation officer. If you become unemployed, or change your employer, position, or location of employment, you must tell the probation officer within 72 hours of the change. If after 90 days you do not find employment, you must complete at least 10 hours of community service per week until employed or participate in a job skills training program approved and directed by your probation officer. Any required community service under this condition must not exceed 400 hours.
6. You must report in person to the probation office in this district no later than 4:00 p.m. on Monday, September 14, 2026. You must report to the probation officer in the manner and as frequently as the court or the probation officer directs; and you must notify the probation officer within 48 hours of any change in residence, and within 72 hours of being arrested or questioned by a police officer.
7. You must not travel knowingly outside the federal judicial district without the permission of the court. Alternatively, the probation officer will grant such permission when doing so will reasonably assure the probation officer’s knowledge of your whereabouts and that travel will not hinder your rehabilitation or present a public safety risk.
8. You must truthfully answer any inquiry by the probation officer and must follow the instruction of the probation officer pertaining to your supervision and conditions of supervision. This condition does not prevent you from invoking the Fifth Amendment privilege against self-incrimination.
9. You must permit a probation officer to meet at your home or any other reasonable location and must permit confiscation of any contraband the probation officer observes in plain view. The probation officer will not conduct such a visit between the hours of 11:00 p.m. and 7:00 a.m. without specific reason to believe a visit during those hours would reveal information or contraband that wouldn’t be revealed through a visit during regular hours.
10. You must not meet, communicate, or otherwise interact with persons whom you know to be engaged or planning to be engaged in criminal activity.
11. You must not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm).

12. You must not enter into any agreement to act as an informant or special agent of a law enforcement agency without the court's permission.
13. You must submit yourself and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, to search at any time, with or without a warrant, by any law enforcement or probation officer having "reasonable suspicion" concerning a violation of your conditions of supervision or unlawful conduct. Any search beyond "plain view" requires prior approval by the Chief Probation Officer.
14. You may not have access to any personal devices capable of connecting to the internet, unless registered in advance with and monitored by the probation officer. The probation officer will have access to all of your electronic devices with internet access at any time, with or without notice, to enable verification of compliance with this condition.
15. You must complete 50 hours of community service as approved and directed by your probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.

Name: ALEXANDER JAKEWAY
Docket No.: 3:25CR97-001

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

Defendant Date

U.S. Probation Officer/Designated Witness Date